# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOE K. RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1326-R |
| | ) | |
| JUDGE LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered January 10, 2017. Doc. No. 8. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). Further this dismissal will count as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 3rd day of February, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE